**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-7527**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TRAVINA ATARA HYMAN,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (4:16-cr-00010-RAJ-LRL-1)

Submitted:  January 23, 2020                Decided:  January 28, 2020

Before WYNN, DIAZ, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Travina Atara Hyman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travina Atara Hyman appeals the district court's order denying her motions to correct alleged clerical errors in the determination of her sentencing range. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Hyman*, No. 4:16-cr-00010-RAJ-LRL-1 (E.D. Va. Sept. 11, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*